IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Cr. No. 03-20288-D |
| VS. | |
| ANGELA T. BELL, | |
| Defendant. | |

## ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE AS TO DEFENDANT ANGELA T. BELL

It is hereby ORDERED that the Government's Motion to Dismiss Without Prejudice as to Defendant Angela T. Bell is hereby GRANTED.

DONE at Memphis, Tennessee, this ___21___ day of July, 2005.

HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 115 in case 2:03-CR-20288 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Terry A. Scott
LAW OFFICE OF ROSEANNE BALLIN
4515 Poplar
Ste. 527
Memphis, TN 38117

Seymour S. Rosenberg
ROSENBERG LAW OFFICE
371 Carroll Ave.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT