IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| VS. | *   Cr. No. 03-20288-D |
| ANGELA T. BELL, | * |
| Defendant. | * |

### ORDER

It is so ordered as part of her pretrial diversion in the manner described above, Angela T. Bell shall pay restitution in the amount of $4,500.00. Per agreement, this amount is to be paid to Interactive Solutions.

For good cause shown, it is so ORDERED this 29 day of August, 2005.

HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 118 in case 2:03-CR-20288 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Seymour S. Rosenberg
ROSENBERG LAW OFFICE
P.O. Box 3351
Memphis, TN 38173--335

Terry A. Scott
LAW OFFICE OF ROSEANNE BALLIN
4515 Poplar
Ste. 527
Memphis, TN 38117

Honorable Bernice Donald
US DISTRICT COURT